**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| RAYMOND W. ZWEGO, JR., | ) |
| Petitioner, | ) |
| vs. | ) Civil No. 09-0864-W-FJG |
| | ) Crim. No. 07-00007-01-CR-W-FJG |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

Currently pending before the Court is petitioner's Motion to Withdraw his Petition to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. # 15). Petitioner states that he desires at this time to respectfully withdraw his Motion pursuant to 28 U.S.C. § 2255 without further consideration by the Court. Respondent has filed no opposition. Accordingly, petitioner's Motion to Withdraw his Petition to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 is hereby **GRANTED**.

Date: 10/8/2010
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge